STATE of Missouri, Respondent,

v.

David L. WATKINS, Appellant.

No. WD 39359.

Missouri Court of Appeals, Western District.

Dec. 22, 1987.

Joseph A. Morrey, St. Joseph, for appellant.

Carol C. Barnett, Asst. Pros. Atty., St. Joseph, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1986, and sentence to 45 days in the county jail.

Judgment affirmed. Rule 85.16(b).